HONORABLE **Smith**  Civ-Trial(April 12, 2004)
DEPUTY CLERK **Sinbury**  RPTR/ERO/TAPE **Bowles**

TOTAL TIME: ____ hours **15** minutes

DATE **5/7/04**    START TIME **10:45**    END TIME **11:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02CV834TPS**

**DeCauli**
vs.
**Connecticut Auto**

§
§
§  ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

_____ Plaintiffs Counsel
_____ Defendants Counsel

### CIVIL JURY/COURT TRIAL

☐ Jury of _____ report (see attached) ☐ Jury sworn
☐ Jury Trial held  ☐ Jury Trial continued until _____ at _____
☑ Court Trial held  ☑ Court Trial continued until **no date given** at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

☐....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐....#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐.... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐.... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐.... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐.... Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐........ _____ ☐ filed ☐ docketed
☐........ _____ ☐ filed ☐ docketed
☐........ _____ ☐ filed ☐ docketed
☐........ _____ ☐ filed ☐ docketed
☐........ _____ ☐ filed ☐ docketed
☐........ _____ ☐ filed ☐ docketed
☐........ _____ ☐ filed ☐ docketed

☐........ ☐ Plaintiff(s) rests ☐ Defense rests
☐........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐........ ☐ Summation held  ☐ Court's Charge to the Jury
☐........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐........ Jury commences deliberations at _____
☐........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ . . . . . . . .   Court declares MISTRIAL

☐ . . . . . . .   Verdict Form filed

☐ . . . . . . . .   VERDICT:_____

_____

_____

_____

_____

☐ . . . . . . . .   Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . .   Jury polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

```
             UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

                  Miscellaneous Calendar

      Honorable Thomas P. Smith, U. S. Magistrate Judge
                     450 Main Street
                        Hartford
              Second Floor - West Courtroom

                       May 7, 2004

                        10:00AM
```

CASE NO. **3:02cv834TPS**  (TPS)  **DeCarli vs. Connecticut Auto**

Bench Trial

Michael W. Kennedy
Kennedy & Kennedy LLC
101 W. Main St., Suite 101
Branford, CT 06405

Jonathan Joseph Klein
1445 Capitol Ave.
Bridgeport, CT 06604

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK