UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOYCE DECARLI

    Plaintiff,

V.                                             CIVIL ACTION NO.
                                                   3:02CV834 (DJS)(TPS)

CONNECTICUT AUTO AUCTION, LLC

Defendant.                                       MAY 10, 2004

## MOTION FOR ATTORNEY FEES

      Pursuant to the Order of this Court the undersigned submits his affidavit in support of attorney fees and Joyce DeCarli's affidavit in support of lost time from work.

                                               THE PLAINTIFF

                                               By_____
                                               Michael W. Kennedy, Esq.
                                               1204 Main Street, No. 275
                                               Branford, CT 06405
                                               Fed. Juris. No.: CT19664
                                               (203) 481-4040

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 10th day of May, 2004:

Jonathan J. Klein, Esq.
1445 Capitol Avenue
Bridgeport, Connecticut 06604

CT Auto Action
230 Ferry Blvd.
Stratford, CT 06815


_____
Michael W. Kennedy