UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOYCE DECARLI

        Plaintiff,

V.                                           CIVIL ACTION NO.
                                           3:02CV834 (DJS)(TPS)

CONNECTICUT AUTO AUCTION, LLC

Defendant.                              MAY 10, 2004

ATTORNEYS FEE AFFIDAVIT

Michael W. Kennedy states:

    1.  I am the attorney for the plaintiff in this Truth in Lending Act and RISFA matter seeking statutory damages for the plaintiff.

    2.  I have had extensive experience in consumer matters, including litigation.

    3. In the course of this representation, time was expended on the following matters:  May 7, 2004, 4.0 hours for drive from Branford, CT at 8:30 a.m. to Hartford, CT for trial and return at 12:30 p.m.  May 10, 2004, 1.0 hour for Motion for Attorney Fees and attached affidavit's.

    4.  I request $1,375.00 in attorney fees.  (5.0 hours at $275/hr).

    5. I am requesting attorney's fees at the rate of $275 per hour, commensurate with the $275 hourly rate awarded to me in several cases, including the above captioned case by the Honorable Dominic J. Squatrito.  Hammond v. Henderson Motors, LLC et al. 3:01CV1388(DJS); Olgin v. Recovery Bureau of America

3:02CV871(CFD); Speaks v. Edward Donato, et al 3:01CV1049(JBA); Locascio v. Imports Unlimited, Inc.3:02CV299(SRU).  I believe the rate is reasonable and reflects the lowest current market rate in the community of my peers for federal litigation.

6.   I submit this summary affidavit to keep the time expended minimal. "The smaller the stakes, the less the required formality of proof. It would be absurd to require a litigant to incur a substantial expense in proving up a [fee] claim for only $816." Vukadinovich v. McCarthy, 59 F.3d 58, 60 (7th Cir. 1995). This Court may assess the reasonableness of the amount claimed based on its familiarity with the case, normal rates in the jurisdiction, and its experience generally.  DeFilippo v. Morizio, 759 F.2d 231, 236 (2d Cir. 1985).

I verify under the penalty of perjury that the foregoing is true and correct.


Dated: May 10, 2004


                              _____
                                    Michael W. Kennedy

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 10th day of May, 2004:

Jonathan J. Klein, Esq.
1445 Capitol Avenue
Bridgeport, Connecticut 06604

CT Auto Action
230 Ferry Blvd.
Stratford, CT 06815


_____
Michael W. Kennedy