UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOYCE DECARLI

    Plaintiff,

V.                                        CIVIL ACTION NO.
                                         3:02CV834 (DJS)(TPS)

CONNECTICUT AUTO AUCTION, LLC

Defendant.                             MAY 10, 2004

## PLAINTIFF'S AFFIDAVIT

Joyce DeCarli states:

1. I am the plaintiff in this Truth in Lending Act and RISFA case.

2. I attended a court-scheduled trial on May 7, 2004.

3. I took a day off from work to attend the trial and the defendant did not show up for the trial.

4. I am paid $12.00 an hour at my job and missed working an 8-hour day.

5. I ask that the court order the defendant to pay my lost wages of $96.00 and parking costs of $10.00 for a total of $106.00.

6. I verify under the penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2004

                                                                        _____
                                                                          Joyce DeCarli

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 10th day of May, 2004:

Jonathan J. Klein, Esq.
1445 Capitol Avenue
Bridgeport, Connecticut 06604

CT Auto Action
230 Ferry Blvd.
Stratford, CT 06815

_____
Michael W. Kennedy