UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 17 P 2: 36
U.S. DISTRICT COURT
HARTFORD, CT.

JOYCE DECARLI,
    -Plaintiff

-v-                          Civil No. 3:02cv834(TPS)

CONNECTICUT AUTO AUCTION, LLC,
    -Defendant

RULING AND ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pending before the court is the plaintiff's Motion for Attorney's fees. (**Dkt. # 25**). The plaintiff asks for $1,375.00 in attorney's fees and $106.00 in lost wages based on the defendant's last-minute inability to proceed with trial on May 7, 2004. The motion is **GRANTED**. The defendant is hereby **ORDERED** to pay these amounts to the plaintiff within 20 days of this ruling and order. If the defendant fails to do so, it will be precluded from offering any defense at trial.

IT IS SO ORDERED.

    Dated at Hartford, Connecticut this 17th day of May, 2004.

                                    /s/ Thomas P. Smith
                                    THOMAS P. SMITH
                                    UNITED STATES MAGISTRATE JUDGE